# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

139186

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 139186
COA: 291138
Tuscola CC: 08-010814-FC

ARTHUR ALEXANDER MARKS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk

p1217